# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America,　　　　　　　　　　　　　　Case No. 3:93CR758

　　　　　Plaintiff

　　v.　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Deborah D. Harris,

　　　　　Defendant

　　Pending is the defendant's motion to vacate her 1994 conviction on a plea of guilty to various counts of a mail fraud indictment. The event triggering the pending motion was an article on January 1, 2012, in the *Toledo Blade* referencing her conviction. This, the defendant states, has caused her embarrassment and humiliation.

　　The government opposes the request. As its opposition memo notes, no federal court has ever expunged a valid conviction. That being so, and exceptional circumstances justifying expungement not appearing, it is hereby

　　ORDERED THAT the motion to expunge be, and the same hereby is denied.

　　So ordered.

　　　　　　　　　　　　　　　　　　　　　　　/s/ James G. Carr
　　　　　　　　　　　　　　　　　　　　　　　Sr. United States District Judge